IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NATHAN A. HABEL,<br><br>Defendant. | 25-po-5110-JTJ<br><br>VIOLATIONS:<br>E2028621<br>E2371637<br><br>Location Code: M13<br><br>ORDER |

Upon motion of the United States and for good cause shown,

**IT IS ORDERED** that violation E2028621 is **DISMISSED**.

Based on the defendant's plea of guilty to the conduct underlying violation E2371637 on September 26, 2025, **IT IS FURTHER ORDERED** that the defendant is ordered to pay $100 on that violation ($70 fine, plus a $30 processing fee).

Payments on this violation shall be made no later than December 1, 2025. Payments shall be made online through the Central Violations Bureau website: https://www.cvb.uscourts.gov.

Alternatively, the defendant may make payment through check or money order, payable to:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

DATED this 23rd day of October 2025.

John Johnston
United States Magistrate Judge